Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

Tara Newbery, Esq.
NV Bar No. 10696
Connaghan | Newberry
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (702) 608-4232
Facsimile: (702) 946-1830
tnewberry@cnlawlv.com

*Attorneys for Plaintiff*
Donald Preston

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **DONALD PRESTON, on behalf of himself and all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**PLUSFOUR, INC.,**<br><br>Defendant. | Case No.: 2:14-cv-00065-GMN-CWH<br><br>**NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)** |

///

///

///

///

///

**PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL**                    PAGE 1 OF 2

Plaintiff DONALD PRESTON ("Plaintiff") hereby requests dismissal of the above-captioned action against Defendant PLUSFOUR, INC. with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class claims, pursuant to Fed. R. Civ. P. 41(a). Therefore, the Court may proceed to dismiss the above-captioned action in its entirety with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class claims.

Dated: March 31, 2014                                    Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: ____/s/ Danny Horen_____
DANNY HOREN, ESQ.
NV BAR NO. 13153
ATTORNEYS FOR PLAINTIFF

# CERTIFICATE OF SERVICE

I hereby certify that on the 31 day of March 2014, service of the foregoing ***NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)*** was served via e-mail and electronic filing with the court, thereby upon completion the electronic filing system automatically generated a "Notice of Electronic Filing" as service through CM/ECF, to registered parties of record in this case, addressed as follows:

| Counsel of Record | Phone/Fax | Party |
|---|---|---|
| Issa K. Moe<br><br>Moss & Barnett<br>4800 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 | P: (612) 877-5399<br><br>Issa.moe@lawmoss.com | Defendant |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is a true and correct statement and that this Certificate was executed on the aforementioned date above.

BY:  /s/ DANNY HOREN<br>
KAZEROUNI LAW GROUP<br>
DANNY J. HOREN, ESQ.<br>
NV Bar No. 13153

PROOF OF SERVICE

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD PRESTON, on behalf of himself and all others similarly situated,<br><br>           Plaintiff,<br><br>    v.<br><br>PLUSFOUR, INC.,<br><br>           Defendant. | Case No.: 2:14-cv-00065-GMN-CWH<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)** |

Having considered Plaintiff DONALD PRESTON's Request for Voluntary Dismissal of the action against Defendant PLUSFOUR, INC., the Court hereby **ORDERS** as follows:

1. Plaintiff Donald Preston's individual claims in the above-captioned case are dismissed **WITH PREJUDICE**; and

2. The putative class claims in the above-captioned case are dismissed **WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

**DATED** this 2nd day of April, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court